UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA DE LOURDES ARROYO,

        Plaintiff,

v.                                                         Case No: 6:16-cv-1862-Orl-22TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

**ORDER**

This cause is before the Court on an appeal of the final decision of the Commissioner of Social Security denying the application for disability insurance benefits and supplemental security income.

The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 13, 2017 (Doc. No. 22), is ADOPTED and CONFIRMED and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying the application for disability insurance benefits and supplemental security income is REVERSED and REMANDED for further proceedings consistent with the findings in the report.

3. The Commissioner's favorable decision regarding Plaintiff's disability status after May 27, 2015 shall remain undisturbed.

4. The Clerk is directed to enter judgment accordingly, and CLOSE the file.

5. Plaintiff is advised that the deadline to file a motion for attorney's fees pursuant to 42 U.S.C. §406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

6. Plaintiff is directed that upon receipt of such notice, she shall promptly email Mr. Rudy and the OGC attorney who prepared the Commissioner's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on December 2, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record