# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA DE LOURDES ARROYO,**

      **Plaintiff,**

v.                                                     Case No: 6:16-cv-1862-Orl-22TBS

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 25) filed on February 17, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 20, 2018 (Doc. No. 26), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Motion for Attorney's Fees is hereby GRANTED. Plaintiff is hereby awarded attorney's fees in the amount of $3,206.99.

3. Payment to Plaintiff's counsel is authorized if the Department of Treasury determines that Plaintiff does not own a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record