# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA DE LOURDES ARROYO,**

        **Plaintiff,**

**v.**                                        **Case No:   6:16-cv-1862-Orl-22TBS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

---

### ORDER AND AMENDMENT TO DECEMBER 2, 2017 ORDER

This cause is before the Court on the Commissioner's Unopposed Motion to Correct Order Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure (Doc. No. 28) filed on June 1, 2018.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 4, 2018 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Commissioner's Unopposed Motion to Correct Order Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure is hereby GRANTED NUNC PRO TUNC.

3.     Specifically, the Court REJECTS the portion of the Report and Recommendation (Doc. No. 22) entered November 13, 2017 providing: "The Commissioner's favorable decision regarding Plaintiff's disability status after May 27, 2015 remain undisturbed."

4.     The Court's Order (Doc. No. 23) entered December 2, 2017 is hereby

AMENDED to delete paragraph 3:   "3. The Commissioner's favorable decision regarding

Plaintiff's disability status after May 27, 2015 shall remain undisturbed."

5.     The Amendment to the Order does not serve to alter the judgment (Doc. No. 24),

re-open the case, or revive any case related deadlines.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties